IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEROME WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-446(MTT) |
| GEOFFRY GLOVER, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### ORDER

After screening the Plaintiff's complaint (Doc. 1) pursuant to 28 U.S.C. § 1915A, United States Magistrate Judge Stephen Hyles ordered the claim against Defendant Geoffrey Glover to proceed but recommends dismissing the Plaintiff's claims for equitable relief and dismissing Defendants Sergeant Casey Bearden and Warden Gregory McLaughlin. (Doc. 5). The Plaintiff has not objected to the Recommendation.[1] The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the Order of this Court. Accordingly, the Plaintiff's claims for equitable relief and the claims against Bearden and McLaughlin are **DISMISSED**. Bearden and McLaughlin are **DISMISSED** as Defendants in this action.

**SO ORDERED**, this the 15th day of January, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] On December 21, 2015, the Plaintiff sent a letter to the Court stating that on December 15, 2015, he received a document from the Court which was dated December 8, 2015. This is the date the Magistrate Judge's Order and Recommendation was entered. (Doc. 8). Assuming the Plaintiff did not receive the Recommendation until December 15, 2015, the Court calculated the Plaintiff's time to object from this date.